```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
                                                 :      22 CR 00651 (RA)-1
    UNITED STATES OF AMERICA,                    :
                                                 :      ORDER
                    -v-                          :
                                                 :
                                                 :
    FOSTER COOLEY,                               :
                                                 :
                            Defendant.           :
                                                 :
-------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

In light of Foster Cooley's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) until December 20, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   June 20, 2023
         New York, New York