```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
UNITED STATES OF AMERICA
                                   :   1:22-CR-00651-RA-1

     -against-                     :   ORDER
                                   :
Foster Cooley
                                   :
Defendant
                                   :
-----------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the following condition:

-Defendant not to access computer or internet prior to computer monitoring program being installed (parent's computers and cell phones to be password protected and no access to defendant provided)

Dated: July 21,2023
New York, New York

                        SO ORDERED:

                        _____
                        Ronnie Abrams
                        United States District Judge