**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 15, 2024

**VIA ECF**
Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Foster Cooley</u>
           22 Cr. 651 (RA)

Dear Judge Abrams:

    I write on behalf of my client Foster Cooley without objection from Assistant United States Attorney Andrew Chan and United States Pretrial Officer Deshawn Bostic, to respectfully request that the Court modify the conditions of the bond to allow Mr. Cooley to travel with his mother to the District of Hawaii from July 3 through 9, 2024 to attend a close family friend's wedding.

    Mr. Cooley has remained on pretrial supervision since his arrest in 2022. Since then, Mr. Cooley has remained compliant with the terms of his supervised release and continues to be an active participant in YAOP. Given Mr. Cooley's history of compliance while under pretrial supervision, the defense requests Mr. Cooley be afforded permission to travel to Hawaii with his family.

    Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                /s/
                                                Marisa K. Cabrera
                                                Assistant Federal Defender
                                                Tel.: (212) 417-8730

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 18, 2024

cc: Andrew Chan, Esq., Assistant United States Attorney
    Dayshawn Bostic, Pretrial Services Officer