| | |
|---|---|
| **Federal Defenders** | Southern District |
| OF NEW YORK, INC. | 52 Duane Street, 10th Floor |
| | New York, NY 10007 |
| | Tel: (212) 417-8700 Fax: (212) 571-0392 |

| | |
|---|---|
| Tamara Giwa | Jennifer L. Brown |
| *Executive Director* | *Attorney-in-Charge* |

April 18, 2025

**VIA ECF**

Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 18, 2025

**Re:    United States v. Foster Cooley**
       **22 Cr. 651 (RA)**

Dear Judge Abrams:

      I write on behalf of my client Foster Cooley to respectfully request that the Court modify the conditions of the bond to allow Mr. Cooley to travel to New York from June 10, 2025 to June 12, 2025 – with the specific details of travel to be determined at the discretion of Pretrial Services – for the YAOP anniversary celebration. Neither Pretrial Services nor the government object to the request.

      Mr. Cooley has remained on pretrial supervision since his arrest in 2022. Since then, Mr. Cooley has remained compliant with the terms of his supervised release and has successfully graduated from YAOP. Given Mr. Cooley's history of compliance while under pretrial supervision, the defense requests Mr. Cooley be afforded permission to travel to New York.

      Thank you for your consideration of this request.

                                                     Respectfully submitted,

                                                     /s/ Marisa K. Cabrera
                                                     Marisa K. Cabrera
                                                     Assistant Federal Defender
                                                     Tel.: (212) 417-8730

cc: Andrew Chan, Esq., Assistant United States Attorney
     Dominique Jackson, Pretrial Services Officer